IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMUNITY IN-POWER AND DEVELOPMENT ASSOCIATION INC., *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al*.,<br><br>    *Defendants*. | No. 1:23-cv-2715-DLF<br><br>Hon. Dabney L. Friedrich |

**<u>DEFENDANTS' RESPONSE TO AMERICAN CHEMISTRY COUNCIL'S MOTION FOR LEAVE TO INTERVENE</u>**

Defendants U.S. Environmental Protection Agency ("EPA") and Michael S. Regan, in his official capacity as Administrator of EPA (collectively "Defendants") respectfully submit this response to Movant-Intervenor American Chemistry Council's ("ACC") Motion for Leave to Intervene on Behalf of Plaintiffs Community In-Power and Development Association, Inc., ECF No. 14.  Defendants oppose ACC's motion as ACC's claims are not ripe.  Under 15 U.S.C. § 2619(b)(2), a party may not bring suit until 60 days after it has provided notice to the Administrator of an alleged failure of the Administrator to perform a nondiscretionary duty.  Here, the Administrator did not receive such notice. ACC Mot., Ex. A, until October 6, 2023, and whether ACC has a ripe claim will not be known until December 5, 2023.  Defendants therefore request that the Court strike ACC's motion without prejudice, with leave to file no earlier than December 5, 2023.  If at that time, ACC has a ripe claim, Defendants will not oppose the motion.

1

As for whether ACC must file a separate complaint, although ACC has represented that it "does not seek to bring any additional or different claims beyond the cause of action stated in Plaintiffs' Complaint," ACC Mot. at 2, that statement cannot be confirmed absent a complaint. If and when ACC's claim ripens and it re-files its motion for leave to intervene, Defendants request that the Court direct ACC to file a separate proposed complaint, as is common practice for proposed intervenors. This would serve the orderly administration of this litigation and clarify ACC's exact claims and interests, which are presumably not identical to Plaintiffs' claims and interests.

Dated: November 9, 2023

                                      Respectfully Submitted,

                                      TODD KIM
                                      Assistant Attorney General
                                      ENVIRONMENT AND
                                      NATURAL RESOURCES DIVISION

                                      */s/ Sarah Izfar*
                                      SARAH IZFAR, DC Bar No. 1017796
                                      United States Department of Justice
                                      Environmental Defense Section
                                      P.O. Box 7611
                                      Washington, DC 20044
                                      Tel: (202) 305-0490
                                      Fax: (202) 514-8865
                                      Sarah.izfar@usdoj.gov

*Of Counsel:*
STEPHANIE SCHWARZ
LAUREN GATES
Office of General Counsel
U.S. Environmental Protection Agency

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2023, I filed the foregoing using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system.

/s/ *Sarah Izfar*