IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMUNITY IN-POWER AND DEVELOPMENT ASSOCIATION INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants. | No. 1:23-cv-2715-DLF/1:23-cv-3276-DLF (consolidated)<br><br>Hon. Dabney L. Friedrich |
| AMERICAN CHEMISTRY COUNCIL<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants. | |

**CIDA PLAINTIFFS' STATUS REPORT REGARDING ATTORNEYS' FEES AND COSTS**

Plaintiffs Community In-Power and Development Association Inc., Learning Disabilities Association of America, Louisiana Environmental Action Network, Sierra Club, and Texas Environmental Justice Advocacy Services (collectively, the "CIDA Plaintiffs") submit this Status Report pursuant to this Court's May 14, 2025, minute order.

On June 26, 2025, the CIDA Plaintiffs received payment pursuant to the settlement agreement it reached with Defendants resolving the CIDA Plaintiffs' claim for attorneys' fees and costs in this matter.

Dated: June 27, 2025                                Respectfully submitted,

/s/Lakendra Barajas
Lakendra S. Barajas
(D.C. Bar ID NY0556)
Earthjustice
48 Wall St., 15th Floor
New York, NY 10005
(212) 284-8025
lbarajas@earthjustice.org

Katherine K. O'Brien
(D.C. Bar ID ME0003)
Earthjustice
P.O. Box 2297
South Portland, ME 04116
(212) 284-8036
kobrien@earthjustice.org

*Counsel for CIDA Plaintiffs*