# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMUNITY IN-POWER AND DEVELOPMENT ASSOCIATION INC., et al., | |
| Plaintiffs, | No. 1:23-cv-2175-DLF |
| v. | Hon. Dabney L. Friedrich |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., | (consolidated with 1:23-cv-03726) |
| Defendants. | |

## [PROPOSED] ORDER

Upon consideration of Defendants' Unopposed Motion to Extend Consent Decree Deadline, it is hereby:

**ORDERED** that the Motion is granted and paragraph 1 of the Consent Decree Regarding High-Priority Chemical Risk Evaluation Deadlines, ECF No. 39, is hereby amended to extend the deadline for the Environmental Protection Agency to transmit a notice of availability to the Office of the Federal Register for one final risk evaluation from December 31, 2025, to April 30, 2026. All other provisions and terms of the Consent Decree, ECF No. 39, shall remain in effect.

Date: _____

_____
Hon. Dabney L. Friedrich
United States District Judge