**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMUNITY IN-POWER AND DEVELOPMENT ASSOCIATION INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants. | No. 1:23-cv-2715-DLF<br><br>Hon. Dabney L. Friedrich<br><br>(consolidated with 1:23-cv-03726) |

**DEFENDANTS' STATUS REPORT**

Pursuant to the Court's October 6, 2026 Order, the U.S. Environmental Protection Agency and Administrator Lee Zeldin, in his official capacity ("Defendants" or "EPA"), respectfully submit the following status report:

1. Community In-Power and Development Association, Inc., Learning Disabilities Association of America, Louisiana Environmental Action Network, Sierra Club, and Texas Environmental Justice Advocacy Services (collectively "Plaintiffs") filed this citizen suit under the Toxic Substances Control Act ("TSCA"), 15 U.S.C. § 2619(a)(2), alleging that EPA violated Section 2605(b)(4)(G) by failing to perform its non-discretionary duty to complete timely risk evaluations for twenty-two chemicals. ECF No. 1 (Sept. 18, 2023).

2. On November 22, 2024, the Court entered the Consent Decree Regarding High-Priority Chemical Risk Evaluation Deadlines, ECF No. 39 ("Consent Decree" or "Decree"). The Consent Decree orders EPA to complete the required risk evaluations for 20 of the chemicals.[1] *See* Consent Decree ¶ 1. Paragraph 17 of the Consent Decree provides that "[a]fter

[1] The Court consolidated this case with another filed by the American Chemistry Council that

EPA has completed all action set forth in Paragraph 1 . . . , and the parties have resolved the issue of costs of litigation (including attorneys' fees), EPA may move to have this Consent Decree terminated." *See id.* ¶ 17.

3. The Court also ordered the parties to submit a series of joint status reports regarding the status of Plaintiffs' motion for attorneys' fees. *See, e.g.*, November 22, 2025 Order, ECF No. 39. The parties subsequently notified the Court that they had executed a settlement agreement resolving Plaintiffs' claims for attorneys' fees in this matter, and that Plaintiffs had received payment. *See* Joint Status Report Re Attys.' Fees (May 14, 2025), ECF No. 46; CIDA Pls.' Status Report Re Attys.' Fees & Costs (June 27, 2025), ECF No. 47.

4. Over the last two years, pursuant to Paragraph 1 of the Consent Decree, EPA has published final risk evaluations for ten of the 20 subject chemicals, including most recently the final risk evaluation for 1,2-dichloroethane. *See* Dec. 9, 2025 Order (granting motion to extend the deadline for 1,2-dichloroethane to April 30, 2026). Final risk evaluations for the remaining ten chemicals are due on February 12, 2027. *See* Unopposed Mot. to Extend Consent Decree Deadline 2 (Dec. 8, 2025), ECF No. 49 (explaining that last year's lapse in appropriations automatically extended the remaining deadlines under Paragraph 12 of the Consent Decree until February 12, 2027).

5. On October 6, 2026, upon consideration of Plaintiffs' June 27, 2025 status report confirming receipt of costs and attorneys' fees, the Court ordered EPA to either move to terminate the Consent Decree or to file a status report. Because EPA has not yet completed all

---

sought risk evaluations for two of the chemicals also at issue in Plaintiffs' complaint. The overlapping claims for those two chemicals were resolved in a separate consent decree. *See* Joint Mot. for Order to Enter Consent Decree, *Am. Chemistry Council v. EPA*, No. 23-3726 (D.D.C. Nov. 12, 2024), ECF No. 11.

action set forth in Paragraph 1 of the Consent Decree, it does not intend at this time to move to terminate the Consent Decree as provided for in Paragraph 17 of the Consent Decree.

6. EPA is continuing to evaluate its progress towards the February 12, 2027 deadline and will keep the Court appraised of any developments.

Respectfully submitted,

Dated: October 15, 2026

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

*/s/ Christine Ennis*
Christine W. Ennis
D.C. Bar No. 977444
U.S. Department of Justice, ENRD
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
(202) 598-7342
christine.ennis@usdoj.gov

*Counsel for Defendants*

Stephanie Schwarz
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

*Of Counsel*

**CERTIFICATE OF SERVICE**

I certify that on October 15, 2026, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*<u>/s/ Christine Ennis</u>*
Christine W. Ennis